**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6479

TALIB D. SHABAZZ,

Plaintiff - Appellant,

versus

HAMLETT, Lieutenant; SHIFLETT, Unit Manager;
SUSSEX II STATE PRISON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CA-03-192-3)

Submitted:  June 18, 2004                  Decided:  July 16, 2004

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Talib D. Shabazz, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Talib D. Shabazz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Shabazz v. Hamlett</u>, No. CA-03-192-3 (E.D. Va. Feb. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>